McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB (SBN 166452)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK A. ROBERTS,<br><br>   Plaintiff,<br><br> v.<br><br>STEVE WATKINS, MYNA SARAZOTTI,<br>TONY SARAZOTTI, DEBRA SMITH,<br>THE UNITED STATES BUREAU OF<br>LAND MANAGEMENT, and DOES<br>1-50 inclusive,<br><br>   Defendants. | 1:05-cv-01541-OWW-DLB<br><br>**EX PARTE REQUEST TO EXTEND DEFENDANTS' TIME TO RESPOND TO AMENDED COMPLAINT; ORDER THEREON** |

  The United States of America requests an extension of time for Defendants Steve Watkins, Myna Sarazotti, Tony Sarazotti, Debra Smith and the United States Bureau of Land Management ("Defendants") to respond to the Amended Complaint, filed March 28, 2006 (Doc. 13), by Plaintiff Nick A. Roberts, acting *pro se*, based on the following:

  1. Defendants Steve Watkins, Myna Sarazotti, Tony Sarazotti, and Debra Smith are sued as employees of Defendant United States Bureau of Land Management in both their official and individual capacities.  As a result, all Defendants

///

will most likely be represented by the United States Attorney's Office.

2. To date, waivers of service of summons have been filed for two of the five defendants, Myna Sarazotti and Tony Sarazotti. Service has not yet been executed on the remaining three defendants.

3. Before the United States Attorney's Office can represent the individual defendants, each defendant must formally request legal representation by the United States Department of Justice, and such request must be approved by the Department of Justice. Government counsel is currently in the process of obtaining the representation requests from the individual defendants and forwarding them to the Department of Justice for review and approval.

4. In light of the foregoing, and to enable the United States Attorney's Office to respond to the Amended Complaint on behalf of all Defendants at one time, it is respectfully requested that the Court extend Defendants' time to respond by at least 90 days to July 24, 2006.

Respectfully submitted,

Dated: April 14, 2006.    McGREGOR W. SCOTT
United States Attorney


By:   /s/ Kimberly A. Gaab
      KIMBERLY A. GAAB
      Assistant U.S. Attorney
      Attorneys for the United
      States of America

ORDE

Defendants' time to respond to the Amended Complaint, filed March 28, 2006, is extended to July 24, 2006.

CERTIFICATE OF SERVICE BY U.S. MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers;

That on April 14, 2006, she served a copy of:

**EX PARTE REQUEST TO EXTEND DEFENDANTS' TIME TO RESPOND TO AMENDED COMPLAINT; [PROPOSED] ORDER THEREON**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Fresno, California.

Addressee(s):

Nick Roberts
2720 Manitou Way
Bakersfield, CA   93309


                                    /s/ Bonnie L'Argent
                                    BONNIE L'ARGENTIT IS SO ORDERED.

Emm0d6**Dated:     April 19, 2006**            **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE