McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB (SBN 166452)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICK A. ROBERTS,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> STEVE WATKINS, MYNA SARAZOTTI,) <br> TONY SARAZOTTI, DEBRA SMITH,  ) <br> THE UNITED STATES BUREAU OF    ) <br> LAND MANAGEMENT, and DOES      ) <br> 1-50 inclusive,                ) <br> ) <br> Defendants.  ) <br> _____) | 1:05-cv-01541-OWW-DLB <br><br> **EX PARTE REQUEST TO EXTEND DEFENDANTS' TIME TO RESPOND TO AMENDED COMPLAINT; ORDER THEREON** |

    The United States of America requests an extension of time for Defendants Steve Watkins, Myna Sarazotti, Tony Sarazotti, Debra Smith and the United States Bureau of Land Management ("Defendants") to respond to the Amended Complaint, filed March 28, 2006 (Doc. 13), by Plaintiff Nick A. Roberts, acting pro se, based on the following:

    1.  Defendants Steve Watkins, Myna Sarazotti, Tony Sarazotti, and Debra Smith are sued as employees of Defendant United States Bureau of Land Management in both their official and individual capacities.  As a result, all Defendants
///

will most likely be represented by the United States Attorney's Office.

2.   To date, waivers of service of summons have been filed for two of the five defendants, Myna Sarazotti and Tony Sarazotti.  Service has not yet been executed on the remaining three defendants.

3.   Before the United States Attorney's Office can represent the individual defendants, each defendant must formally request legal representation by the United States Department of Justice, and such request must be approved by the Department of Justice.  Government counsel is currently in the process of obtaining the representation requests from the individual defendants and forwarding them to the Department of Justice for review and approval.

4.   In light of the foregoing, and to enable the United States Attorney's Office to respond to the Amended Complaint on behalf of all Defendants at one time, it is respectfully requested that the Court extend Defendants' time to respond by at least 90 days to July 24, 2006.

```
                              Respectfully submitted,

Dated: April 14, 2006.        McGREGOR W. SCOTT
                              United States Attorney


                        By:   /s/ Kimberly A. Gaab
                              KIMBERLY A. GAAB
                              Assistant U.S. Attorney
                              Attorneys for the United
                              States of America
```

ORDER

IT IS SO ORDERED that Defendants' time to respond to the Amended Complaint, filed March 28, 2006, is extended to July 24, 2006.

Dated: April 19, 2006     __/s/ OLIVER W. WANGER_____
                              OLIVER W. WANGER
                              UNITED STATES DISTRICT JUDGE