1
2
3
4
5
6
7
8                     IN THE UNITED STATES DISTRICT COURT FOR THE
9                          EASTERN DISTRICT OF CALIFORNIA
10
NICK ROBERTS,                          )    **Old Case No. 1:05cv1541 OWW DLB**
11                                     )    **New Case No. 1:05cv1541 OWW SMS**
                                       )
12                                     )    ORDER DISQUALIFYING
                                       )    MAGISTRATE JUDGE
13          Plaintiff,                 )
                                       )
14          vs.                        )
                                       )
15  STEVE WATKINS, et al.,             )
                                       )
16          Defendants.                )
                                       )
17  _____)
18          Good cause appearing, the undersigned disqualifies himself from all proceedings of the
present action.  The Clerk of the Court has reassigned this action to the docket of a different
19
Magistrate Judge.  The new case number shall be **1:05cv1541 OWW SMS**.  All future pleadings
20
shall be so numbered.  Failure to use the correct case number may result in delay in your documents
21
being received by the correct judicial officer.
22
23
24          IT IS SO ORDERED.

            **Dated:    May 19, 2006**              _____/s/ **Dennis L. Beck**_____
25  3b142a                                         UNITED STATES MAGISTRATE JUDGE
26
27
28                                          1