**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

NICK A. ROBERTS,                                    CASE NO. CV F 05-1541 LJO SMS

                    Plaintiff,              **ORDER TO DENY REQUEST TO CONTINUE**
                                            **PRETRIAL DATES**

        vs.

UNITED STATES OF AMERICA,

                    Defendant.
_____/

        The district judge previously assigned to this action issued his September 11, 2006 scheduling order to set dates, with input from the parties' counsel, to best manage this action.  On June 27, 2007, the parties filed their stipulation and proposed order to seek to continue discovery and motion deadlines "[d]ue to unavailability of counsel."  The parties fail to explain unavailability of counsel.  The parties' proposed new discovery and motion dates are too near the set pretrial conference and trial for this Court effectively to address a dispositive pre-trial motion.  In the absence of good cause or even an attempt to demonstrate good cause, this Court DENIES the parties' request to continue discovery and motion deadlines.  The currently set dates will remain in effect unless this Court orders otherwise.

        IT IS SO ORDERED.

**Dated:    June 27, 2007**              **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE

1