McGREGOR W. SCOTT
United States Attorney
Eastern District of California
KRISTI C. KAPETAN
Assistant U.S. Attorney
Federal Building
2500 Tulare Street, Ste. 4401
Fresno, California 93721
Telephone: (559) 497-4000
Fax: (559) 497-4099

Attorneys for the Defendant United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK A. ROBERTS, | 1:05-CV-01541 LJO SMS |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE PRETRIAL DATES AND PROPOSED ORDER THEREON |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

1. This stipulation is executed by all parties who have appeared in and are affected by this action;

2. Due to the recent appointment of Kristi Kapetan to the Superior Court bench, this case will need to be reassigned to another attorney at the United States Attorney's Office. Ms. Kapetan is the only attorney who has worked on this file. The person to whom the case will be assigned is has other cases that he is working on that need his immediate attention. He needs time to review the file and prepare the case for trial. Discovery has not been completed and additional time is needed to complete it. A dispositive motion is likely should the parties not reach a settlement.

3. In addition, the Plaintiff in this case is pro per. He is attempting to secure counsel to assist him and has been unable to do so as of yet.

1

In view of the foregoing, the parties agree to the following adjustment to the scheduling order in effect in this matter:

|  | Current Date | New Date |
|---|---|---|
| Discovery Cut-off | July 23, 2007 | November 16, 2007 |
| Non-Dispositive Mo. Cut-off | July 9, 2007 | November 16, 2007 |
| Dispositive Motion Filing | August 3, 2007 | December 14, 2007 |
| Dispositive Motion Hearing | September 10, 2007 | January 18, 2008 |
| Pre-Trial Conference | October 15, 2007 | March 5, 2008 at 8:30 a.m. in Dept. 4 (LJO) |
| Trial | December 10, 2007 | April 14, 2008 at 9 a.m. in Dept. 4 (LJO) |

The date set for the settlement conference, September 17, 2007, shall remain the same.

DATED: 7/19/07

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kristi C. Kapetan
KRISTI C. KAPETAN
Assistant U.S. Attorney

DATED: 7/19/07

By: /s/ Nick A. Roberts
NICK A. ROBERTS
In Pro Per

ORDER

Good cause having been shown and based on this stipulation,

IT IS HEREBY ORDERED that the current Scheduling Order dates are vacated in favor of the new dates listed above.

IT IS SO ORDERED.

**Dated:   July 25, 2007**         /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE