```
1  McGREGOR W. SCOTT
   United States Attorney
2  E. ROBERT WRIGHT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2702

5  Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK A. ROBERTS,               )<br>                                              )<br>            Plaintiff,            )<br>                                              )<br>      v.                               )<br>                                              )<br>UNITED STATES OF AMERICA )<br>                                              )<br>            Defendant.          )<br>_____) | No. 1:05-CV-01541-LJO-SMS<br><br>STIPULATION FOR DISMISSAL,<br>ORDER OF DISMISSAL |

Pursuant to the terms of the written Settlement Agreement, and pursuant to Fed. R. Civ. P. 41 (a)(1), the parties hereby stipulate that the amended complaint in this action be dismissed with prejudice, with the parties bearing their own fees and costs.

DATED: <u>December 14</u>, 2007         McGREGOR W. SCOTT
                                                        United States Attorney

                                                                 /s/
                                            By: _____
                                                        E. ROBERT WRIGHT
                                                        Assistant United States Attorney
                                                        Attorneys for the United States


                                                                 /s/
DATED: <u>December 11</u>, 2007   By: _____
                                                        NICK A. ROBERTS
                                                        Plaintiff, Pro se

1

ORDER OF DISMISSAL

Pursuant to the provisions of the Fed. R. Civ. P. 41(a)(1), this action is dismissed with prejudice. The clerk is directed to close this action.
IT IS SO ORDERED.

Dated:   **December 18, 2007**                    /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE